# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JASON GAVIN SUTTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2115

[December 19, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Michael Mirman, Judge; L.T. Case No. 432014CF000857A.

Jason Gavin Sutton, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***